The first case that's on our docket, Ms. Reyes has apparently called in and indicated that she is sick. It sounds like the very effects of this case. She did this before on the day of the immigration hearing and she has asked that we submit the case on the brief as she is not at all available today and is not available tomorrow. Do you want to be heard on that? All right, then that's what we will do. We will also report Ms. Reyes to our appellate commissioner who's responsible for keeping a list of immigration attorneys who do not perform up to the standards that we would expect. Though this case is submitted on the briefs and we will proceed to Cabarrus v. Barr.
judges: Wardlaw, Hurwitz, Bataillon